E. L. DICK, d/b/a Dick Auto Sales, Appellant,

v.

Hugh HARLOW, Appellee.

Court of Appeals of Kentucky.

March 5, 1954.

James S. Shaw, Louisville, for appellant.

Ben Mazin, Louisville, for appellee.

PER CURIAM.

Motion for an appeal from a judgment fo $645.75 awarded to appellee upon rescission of the sale of an automobile.

The law of the case is contained in the opinion on a former appeal—Harlow v. Dick, Ky., 245 S.W.2d 616. We think the trial judge correctly construed and applied that opinion.

The motion for an appeal is overruled and the judgment is affirmed.